**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| ANTHONY M NEILL, | |
| | CASE NO. 19-18990 |
| DEBTOR | JUDGE: LaShonda A Hunt |

## NOTICE OF MOTION

**Notified via Electronic Filing**
U.S. Trustee , 219 S Dearborn St, Room 873, Chicago, IL 60604
Glenn B. Stearns, 801 Warrenville Road, Suite 650, Lisle, IL 60532
David H Cutler, Cutler & Associates, Ltd., 4131 Main St., Skokie, IL 60076
**Notified via US Postal Service**
Anthony M Neill, 27 Greenfield Road, Kendall, IL 60538

Please take notice that on April 2, 2021 at the hour of 10:15AM or as soon thereafter as I may be heard, I shall appear before the Honorable Judge LaShonda A Hunt or before any other Bankruptcy Judge who may be presiding in his/her place and stead and shall then and there present the accompanying motion. At that time and place you may attend if you so choose.

**This motion will be presented and heard telephonically using AT&T Teleconference. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must call in to the hearing using the following information—Toll Free Number: 1-888-557-8511; Access Code: 7490911.**

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he/she caused a true and correct copy of the above and foregoing document to be served upon the following:

Respectfully Submitted,

_/s/ Michael N. Burke_____
Richard B. Aronow  3123969
Michael N. Burke  6291435
Mike Kalkowski  6185654
LOGS Legal Group LLP
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
19-090654

**Notified via Electronic Filing**
U.S. Trustee , 219 S Dearborn St, Room 873, Chicago, IL 60604
Glenn B. Stearns, 801 Warrenville Road, Suite 650, Lisle, IL 60532
David H Cutler, Cutler & Associates, Ltd., 4131 Main St., Skokie, IL 60076

**Notified via US Postal Service**
Anthony M Neill, 27 Greenfield Road, Montgomery, IL 60538

**The firm of LOGS Legal Group LLP is a debt collector.  This is an attempt to collect a debt.  Any information may be used for that purpose.  If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**

### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| ANTHONY M NEILL, | CASE NO. 19-18990 |
| DEBTOR | JUDGE: LaShonda A Hunt |

### MOTION FOR APPROVAL OF TERMS OF THE LOAN MODIFICATION

NOW COMES the Movant, CARRINGTON MORTGAGE SERVICES, LLC, by and through its attorneys, LOGS Legal Group LLP, and states as follows:

1. On July 5, 2019, the above-named Debtor filed a Petition pursuant to 11 USC § 1301, et. seq.

2. Movant is a creditor of Debtors by virtue of mortgage secured by a note for the property commonly known as 27 Greenfield Road, Montgomery, IL 60538.

3. The parties have agreed to the terms for the loan modification attached hereto as Exhibit A.

4. Under the terms of Debtor's original note, the principal balance was $117,150.00 at a fixed rate of 5.75%.

5. Under the terms of the proposed loan modification, the new principal balance will be $97,791.21 at a fixed rate of 3.00%.

6. Under the original note, the maturity date of the loan was August 1, 2035. The proposed loan modification extends the maturity date to February 1, 2051.

WHEREFORE, CARRINGTON MORTGAGE SERVICES, LLC, moves this Honorable Court to enter an order approving the terms of the loan modification.

                    Respectfully submitted,

                    /s/ Michael N. Burke
                    Attorney for CARRINGTON MORTGAGE SERVICES, LLC

Richard B. Aronow  3123969
Michael N. Burke  6291435
Mike Kalkowski  6185654
LOGS Legal Group LLP
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
19-090654

**The firm of LOGS Legal Group LLP is a debt collector.  This is an attempt to collect a debt.  Any information may be used for that purpose.  If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**